UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FOMEKA FLEMING,
    Plaintiff,

Case No. 3:20-CV-00284-DPJ-FKB

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,
    Defendants.

_____

### NOTICE OF SETTLEMENT WITH DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC, with prejudice, no later than June 30, 2020.

Respectfully submitted,

By: */s/ Jacob Burns*
Jacob R. Burns
MSB # 104695
P.O. Box 2159
Pascagoula, MS 39569
Tel: (228) 623-5676
Email: jacob.richard.burns@gmail.com
    *Attorney for Fomeka Fleming*

May 1, 2020

## **PROOF OF SERVICE**

  I, Jacob R. Burns, hereby state that on May 1, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

            */s/ Jacob Burns*