UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FOMEKA FLEMING,
    Plaintiff,

Case No. 3:20-CV-00284-DPJ-FKB

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,
    Defendants.

_____

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(i), Plaintiff hereby dismisses her claims against Defendant Equifax Information Services, LLC., ONLY, with prejudice and without costs to either party. All other claims against other Defendants remain.

May 1, 2020

Respectfully submitted,

By: */s/ Jacob Burns*
Jacob R. Burns
MSB # 104695
P.O. Box 2159
Pascagoula, MS 39569
Tel: (228) 623-5676
Email: jacob.richard.burns@gmail.com
*Attorney for Fomeka Fleming*

## **PROOF OF SERVICE**

I, Jacob R. Burns, hereby state that on May 1, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Jacob Burns*