UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FOMEKA FLEMING                                                                                              PLAINTIFF

V.                                                                           CIVIL ACTION NO. 3:20-CV-284-DPJ-FKB

GINNY'S INC. and MIDNIGHT VELVET, INC.                                                        DEFENDANTS

JUDGMENT

For the reasons stated in the Order granting Defendants' motion for summary judgment, entered in this case on this date, judgment is hereby entered in favor of Defendants and against Plaintiff.   Plaintiff's claims are therefore dismissed.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE